1   Kathryn J. Halford (CA Bar No.68141)
    Email: khalford@wkclegal.com
2   WOHLNER KAPLON CUTLER
    HALFORD ROSENFELD & LEVY
3   A Professional Corporation
    16501 Ventura Boulevard, Suite 304
4   Encino, California 91436
    Telephone: (818) 501-8030 ext. 331
5   Fax: (818) 501-5306

6   Attorneys for Plaintiffs BOARD OF TRUSTEES OF THE
    CEMEMT MASONS SOUTHERN CALIFORNIA
7   HEALTH AND WELFARE FUND ET AL.

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                          (Western Division)

12

13   BOARD OF TRUSTEES OF THE              CASE NO. 2:12-cv-940 JST (ANx)
     CEMEMT MASONS SOUTHERN
     CALIFORNIA HEALTH AND
14   WELFARE FUND, THE BOARD OF            Hon. Josephine L. Staton
     TRUSTEES OF THE SOUTHERN
15   CALIFORNIA PENSION TRUST,
     THE ELEVEN COUNTIES CEMENT            **RENEWAL OF JUDGMENT BY**
16   MASONS VACATION SAVINGS              **CLERK**
     PLAN, THE BOARD OF TRUSTEES
17   OF THE CEMENT MASONS JOINT
     APPRENTICESHIP TRUST, AND
18   THE BOARD OF TRUSTEES OF THE
     CEMENT MASONS SOUTHERN
19   CALIFORNIA INDIVIDUAL
     RETIREMENT ACCOUNT DEFINED
20   CONTRIBUTION TRUST.

21                Plaintiffs,

22   vs.

23   FTR INTERNATIONAL GROUP, INC., a
     California suspended corporation
24

25                Defendant.

26

27

28

---

PROPOSED ORDER FOR RENEWAL OF JUDGMENT - 1

**FILED**
CLERK, U.S. DISTRICT COURT

August 15, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ jl ____ DEPUTY

1    THE JUDGMENT DEBTOR, FTR INTERNATIONAL GROUP, INC., a

2  California suspended corporation having judgment entered against them on

3  September 27, 2013:

4    Now, upon the application of BOARD OF TRUSTEES OF THE

5  CEMEMT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE

6  FUND, THE BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA

7  PENSION TRUST, THE ELEVEN COUNTIES CEMENT MASONS

8  VACATION SAVINGS PLAN, THE BOARD OF TRUSTEES OF THE

9  CEMENT MASONS JOINT APPRENTICESHIP TRUST, AND THE BOARD

10  OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA

11  INDIVIDUAL RETIREMENT ACCOUNT DEFINED CONTRIBUTION TRUST

12  ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount

13  of said judgment; and that Defendant is indebted to Plaintiff.

14    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

15  against Defendant be renewed in the amount of $58,331.84 which is broken down

16  as follows:

17    a.    Judgment Renewal..... ………………………………$57,648.60

18    b.    Post Judgment Interest from September 27, 2013 through August 4,

19    2023…………………..………..…………..…..……..…..$683.24

20    Total……………………….………..……………$58,331.84

21

22  Dated: August 15, 2023

23    Kiry Gray
   Clerk, U. S. District Court

24

25    _/s/ *Jennylam*
   Deputy Clerk,

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28